UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

EVERLAKE LIFE INSURANCE COMPANY,

    Plaintiff,

v.

ANTHONY DUME, DENISE CONLEY, JOESPH SMITH, and YVETTE SEWELL,

    Defendants,

ANTHONY DUME,

    Cross-Claimant,

v.

DENISE CONLEY, JOESPH SMITH, and YVETTE SEWELL,

    Cross-Defendants.

                                             /

Case No.:  2:24-cv-310-SPC-KCD

## **ORDER**

    Cross-Defendants Denise Conley and Yvette Sewell move to vacate the clerk's default entered against them. (Doc. 68.) Their request is unopposed, and the Court otherwise satisfied they have shown good cause, the motion is **GRANTED**. The Clerk is directed to **STRIKE** the default at Doc. 54. Conley

and Sewell must respond to the pending cross-claim on or before January 27, 2025.

Given Conley and Sewell are no longer in default, the pending motions for default judgment (Doc. 66, Doc. 58) are **DENIED AS MOOT**. The Court will address the remaining defaulted party (Joseph Smith) at the conclusion of the case as consistent with Fed. R. Civ. P. 54(b).

**ORDERED** in Fort Myers, Florida on January 8, 2025.

Kyle C. Dudek
United States Magistrate Judge